IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DWANE STEWART,

      Appellant,

v.

Case No.  5D22-1081
LT Case No. 2006-CF-028558

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed July 26, 2022

3.800 Appeal from the Circuit Court
for Brevard County,
Charles G. Crawford, Judge.

Dwane Stewart, Cocoa, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


COHEN, EDWARDS and NARDELLA, JJ., concur.